# EXHIBIT 2

# Northwestern Mutual®

Questions about this form?
CALL 877-394-9524

## Designation of Beneficiaries

(For Life and Annuity policies only) | The policy owner may use this form to name the beneficiaries of their choice. * For more information, see page 5

✓ Owner must name at least one direct beneficiary.
✓ Owner(s) must sign the form - if more than one owner, all owners are required to sign.
✓ This form revokes all prior beneficiary designations and all prior payment plan elections on the referenced policy(ies).

**21455316**
POLICY NUMBER(S)

**Marcel Theo Hall**
INSURED NAME (for Joint Life include both Insured names)

## Direct Beneficiaries

⚠ If beneficiaries named on a prior beneficiary designation are to be included on this designation, they must be named again on this form.

### Section 1
Select your designation by checking the box(es) below.

☑ Individuals, business(es) or other entities (if selected, provide details in Section 2)
☐ All children of the Insured, including any legally adopted child(ren).
  ○ Per stirpes (optional)
☐ Living Trust
  NAME OF TRUST
  TRUSTEE(S)
  DATE OF TRUST          SSN / TAXPAYER ID
☐ Trust Under the Will of the Insured (may require probate)
☐ Estate of the Insured (may require probate)

**Direct Beneficiary:** The individual or entity designated by the policy owner to receive the proceeds of a life insurance policy or annuity contract.
**Per Stirpes:** A legal term that controls how the policy's proceeds are paid upon the Insured's death. If "per stirpes" is selected and a beneficiary dies before the Insured dies, the deceased beneficiary's share will be paid to that beneficiary's surviving child(ren) in equal shares.
**Living Trust:** A legal agreement, created while a person is living, by which assets are placed in a trust and then transferred following death according to the trust's terms.
**Trustee:** An institution or individual who manages the trust assets.
**Trust Under the Will of the Insured:** A trust that is contained in a person's will and that takes effect at the person's death (also called a testamentary trust).
**Estate:** All the real and personal property owned by an individual at his or her death.

### Section 2
Complete this only if the first box in section 1 is selected.

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    ☐ Address same as policy owner    ☐ Per stirpes (applies to the named individual)
J___ W___ (20%)                                   Nephew
                                                  RELATIONSHIP         DOB
STREET ADDRESS                                                         SSN / TAXPAYER ID
CITY                    STATE                     ZIP CODE             TELEPHONE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    ☐ Address same as policy owner    ☐ Per stirpes (applies to the named individual)
J___ R. H___ (20%)                                Nephew
M___ R. H___ (20%)                                Niece
                                                  RELATIONSHIP
STREET ADDRESS                                                         SSN / TAXPAYER ID
CITY                    STATE                     ZIP CODE             TELEPHONE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    ☐ Address same as policy owner    ☐ Per stirpes (applies to the named individual)
**Jennifer D. Izumi**                             **Business Partner**
**(40%)**                                         RELATIONSHIP
**1905 15th Street, NW, #32**
STREET ADDRESS                                                         SSN / TAXPAYER ID
**Washington**          **D.C.**                  **20009**            **202.232.7002**
CITY                    STATE                     ZIP CODE             TELEPHONE

1056JHHQLDLLG0

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 1 of 7 | FEF&I


# Northwestern Mutual®

Questions about this form?
CALL 877-394-9524

**21455316**

POLICY NUMBER(S)

## Contingent Beneficiaries

At the death of all of the direct beneficiaries, the proceeds, or the present value, will be payable in equal shares to the contingent beneficiaries who survive and receive payment.

### Section 3
Select your designation by checking the box(es) below.

- [ ] Individuals, business(es) or other entities (if selected, provide details in Section 4)
- [ ] All children of the Insured, including any legally adopted child(ren).
  - ( ) Per stirpes (optional)
- [ ] Living Trust

  NAME OF TRUST

  TRUSTEE(S)

  DATE OF TRUST    SSN / TAXPAYER ID

- [ ] Trust Under the Will of the Insured (may require probate)
- [ ] Estate of the Insured (may require probate)

**Contingent Beneficiary:** Can be named in the event there are no surviving direct beneficiary(ies).
**Per Stirpes:** A legal term that controls how the policy's proceeds are paid upon the Insured's death. If "per stirpes" is selected and a beneficiary dies before the Insured dies, the deceased beneficiary's share will be paid to that beneficiary's surviving child(ren) in equal shares.
**Living Trust:** A legal agreement, created while a person is living, by which assets are placed in a trust and then transferred following death according to the trust's terms.
**Trustee:** An institution or individual who manages the trust assets.
**Trust Under the Will of the Insured:** A trust that is contained in a person's will and that takes effect at the person's death (also called a testamentary trust).
**Estate:** All the real and personal property owned by an individual at his or her death.

### Section 4
Complete this only if the first box in section 3 is selected.

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    [ ] Address same as policy owner    [ ] Per stirpes (applies to the named individual)

RELATIONSHIP    DOB

STREET ADDRESS    SSN / TAXPAYER ID

CITY    STATE    ZIP CODE    TELEPHONE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    [ ] Address same as policy owner    [ ] Per stirpes (applies to the named individual)

RELATIONSHIP    DOB

STREET ADDRESS    SSN / TAXPAYER ID

CITY    STATE    ZIP CODE    TELEPHONE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY    [ ] Address same as policy owner    [ ] Per stirpes (applies to the named individual)

RELATIONSHIP    DOB

STREET ADDRESS    SSN / TAXPAYER ID

CITY    STATE    ZIP CODE    TELEPHONE

1056JHHQLDLLG0

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 2 of 7 | FEF&I

# Northwestern Mutual®

Questions about this form?
CALL 877-394-9524

## Trust for Minor Beneficiary Provision (Optional)

21455316

POLICY NUMBER(S)

This provision, if elected, will apply to direct and contingent minor beneficiaries, including "all children" and "per stirpes" elections.

This provision creates a legally valid trust for which you name a trustee to receive the death proceeds on behalf of a minor beneficiary. The trust will automatically terminate when a minor beneficiary attains the age of 21. For purposes of this provision, "minor beneficiary" means any beneficiary who has not attained 21 years of age. You may want to consult with your attorney or other tax advisor regarding the limitations of this type of trust, should it become active.

Any amount which will become due and payable to, and any right conferred upon a beneficiary prior to attaining 21 years of age will be paid to and be exercised by the trustee. All amounts paid to the trustee will be held and used for the benefit of the minor beneficiary, at the discretion of the trustee. If co-trustees are named, the consent of both trustees will be required for any action with respect to trust assets. If a trustee or co-trustee dies or resigns, the other will serve as the sole trustee. If the trustee and any co-trustee have died or resigned, the successor trustee, if any, will serve as the sole trustee. The trust created hereunder will terminate with respect to any beneficiary upon the first to occur of the following:

- ✓ Revocation of this designation of beneficiaries by the owner,
- ✓ Attainment of age 21 by that beneficiary,
- ✓ Death of that beneficiary.

Upon attainment of age 21 by a beneficiary, it will be the responsibility of the trustee to distribute to that beneficiary, all remaining proceeds being held by the trustee for that beneficiary. In the event a minor beneficiary dies while proceeds are still being held by the trustee, any proceeds held by the trustee for the benefit of that individual will be distributed to the deceased beneficiary's estate. In the event a trustee receives any amount of proceeds following the death of a beneficiary, that amount of proceeds will be returned to the Insurance Company so payment can be reissued to the surviving beneficiary(ies) as determined by the Insurance Company's applicable succession of beneficial interest provision.

I choose to name the following as trustee(s) for any and all beneficiaries who are minors at the time payment becomes due.

_____
PRINT NAME OF TRUSTEE

_____
PRINT NAME OF CO-TRUSTEE (OPTIONAL)

_____
PRINT NAME OF SUCCESSOR TRUSTEE (OPTIONAL)

1056JHHQLDLLG0

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 3 of 7 | FEF&I


# Northwestern Mutual®

Questions about this form?
CALL 877-394-9524

## Owner(s) Signature(s)

**21455316**

POLICY NUMBER(S)

The undersigned hereby:

Requests and directs the Company to make the beneficiary provisions of this form a part of the policy(ies) listed on this form.

Acknowledges that if a former spouse is named as a beneficiary, Northwestern Mutual is not aware of, nor has it received any documentation with respect to, any divorce obligation you may have. Northwestern Mutual is not responsible for ensuring your compliance with or enforcing any such obligation.

Acknowledges that when the owner of the policy is not the Insured and the owner is not the direct (primary) beneficiary, there may be income and gift tax consequences. The owner should seek advice from your legal or tax advisors.

THE CURRENT OWNER(S) SHOULD SIGN IN THE APPLICABLE SIGNATURE SECTION BELOW.

**Note:** If you are acting on behalf of the owner in a representative capacity (e.g. attorney-in-fact, guardian, conservator, etc.) provide your title and a current document supporting your authorization (if not previously submitted).

### Individual Owner(s)
If more than one owner, all owners are required to sign.

Marcel Theo Hall
PRINT NAME

05 / 23 / 2018
DATE SIGNED (MM/DD/YYYY)

[signature]
SIGNATURE

_____
PRINT NAME

_____
SIGNATURE

_____
PRINT NAME

_____
SIGNATURE

### ~~Entity / Business Owner~~

PRINT COMPLETE NAME OF ENTITY / BUSINESS

DATE SIGNED (MM/DD/YYYY)

SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE

### ~~Trust Owner~~
If more than one trustee, all trustees are required to sign.

PRINT COMPLETE NAME OF TRUST

DATE SIGNED (MM/DD/YYYY)

PRINT NAME OF TRUSTEE / SIGNATURE OF TRUSTEE

PRINT NAME OF TRUSTEE / SIGNATURE OF TRUSTEE

PRINT NAME OF TRUSTEE / SIGNATURE OF TRUSTEE

### Massachusetts Witness Requirement

⚠ Witness signature is only required for policies / contracts issued in the commonwealth of Massachusetts. The witness must be over the age of 18; must not be the Insured, annuitant, policy owner or a designated beneficiary; and must observe the owner signing the document.

PRINT NAME OF WITNESS / SIGNATURE OF WITNESS

---

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

1056JHHQLDLLG0

90-1197 (1217)
PAGE 4 of 7 | FEF&I

# Northwestern Mutual

Questions about this form?
CALL 877-394-9524

## Reference and Instructions

### How to Submit Your Request

Please mail or fax this form to the below addresses.

**Mail**

Northwestern Mutual
PO Box 2914
Milwaukee, WI 53201-9834

**Fax***

Attention:

Beneficiary & Title Division
414-625-1295

* Retain this original and the fax confirmation statement for your files.

To contact the **Beneficiary & Title Division**, or for additional information, please call 877-394-9524 or we invite you to visit NorthwesternMutual.com to find out more about our company and the services we provide.

### Important Information

| | |
|---|---|
| Witness Signature | For life insurance policies issued in the state of Massachusetts, Massachusetts law requires the signature of a witness on the beneficiary form. The witness must be over the age of 18 and not the Insured, annuitant, policy owner or a designated beneficiary. |
| Disability and Long Term Care (LTC) Policies | This form cannot be used for Disability Income or LTC policies because they do not provide life insurance death proceeds to an alternate payee. |
| Attachments to the form are acceptable | If all changes do not fit on this form, attach a page with your additional changes. The page should include the policy number(s), Insured name(s), your signature and all the information related to the beneficiaries. |
| Individual Retirement Annuity (IRA) and Tax Deferred Annuity (TDA) | If the owner's spouse is not named the sole direct beneficiary of an IRA or TDA policy, the owner should consult with their own attorney as to the effect of the designation in view of federal income tax law. |
| Request for Updated Information | To expedite payment at the time of claim, please let us know if there have been changes to the name, address or phone number of the existing owner and/or Insured by submitting a cover letter with this request. |
| Confirmation of the change | A letter of confirmation will be sent to the owner when the beneficiary change has been completed. |
| Additional Forms | Use separate forms if you are:<br>Designating beneficiaries for policies insuring different individual(s) OR<br>Designating different beneficiaries for policies insuring the same individual(s) |
| Pre-Elected Payment Plan | The owner can restrict the form of death benefit payment to be made to a beneficiary in the event of their death. The owner can request a form from the Beneficiary & Title Division at the number provided above. |

### Examples of Designations

1. **Living Trust.**
John Doe revocable/irrevocable family trust dated (dd/mm/yyyy).
Sally Doe, trustee.

2. **Testamentary Trust (of the insured).**
Trustee under the will of (enter the Insured's name).

3. **Testamentary trust of the policy owner (who is not the insured).**
Direct (first) Beneficiary: Policy owner's name.
Contingent (second) Beneficiary: Trustee under the will of (enter the name of the policy owner).

4. **Percentages:** One person per percentage, total must equal 100%. 75% to Jane Doe, wife of the Insured, and 25% to Sally Doe, mother of the Insured.

5. **Percentages:** One percentage for two people or the survivor. Total must equal 100%. 50% to Jane Doe, wife of the Insured, and 50% to Sam Doe and Sally Doe, parents of the Insured, or the survivor.

6. **Specific amount to one beneficiary, balance to second beneficiary.**
$20,000 of the proceeds or the entire proceeds if less than said amount, to Jane Doe, wife of the Insured, and the balance to Sally Doe, mother of the Insured.

7. **Brothers and Sisters.**
All brothers and sisters of the Insured, born of the marriage of or legally adopted by Sam Doe and Sally Doe born prior to the death of the Insured.

8. **Uniform Transfers/Gifts to Minors (UTMA or UGMA).**
John Smith, custodian for Mary Smith, a minor, under the (name of state) Uniform Transfers to Minors Act (or Uniform Gifts to Minors Act).

9. **Corporation, Partnership, non-profit organization, LLC, LLP, etc.**
Full name of organization and identify the type of business such as a corporation, a partnership, etc.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 5 of 7 | FEF&I

**Northwestern Mutual®**

Questions about this form?
CALL 877-394-9524

## Additional Beneficiary Provisions

**1. INTEREST INCOME PLAN**
The Interest Income Plan (Option A) will be in effect if no payment plan has been elected. Interest will accumulate from the date of death until a payment plan is elected or the proceeds are withdrawn in cash.

**2. SUCCESSION IN INTEREST OF BENEFICIARIES**
Unless this form is completed otherwise, the proceeds will be payable as follows:

**Direct Beneficiaries.** The proceeds of this policy will be payable in equal shares to the direct beneficiaries who survive and receive payment. If a direct beneficiary dies before he or she receives all or part of his or her full share, the unpaid part of his or her share will be payable in equal shares to the other direct beneficiaries who survive and receive payment.

**Contingent Beneficiaries.** At the death of all of the direct beneficiaries, the proceeds, or the present value of any unpaid payments under a payment plan, will be payable in equal shares to the contingent beneficiaries who survive and receive payment. If a contingent beneficiary dies before he or she receives all or part of his or her full share, the unpaid part of his or her share will be payable in equal shares to the other contingent beneficiaries who survive and receive payment.

**Further Payees.** At the death of all of the direct and contingent beneficiaries, the proceeds, or the present value of any unpaid payments under a payment plan, will be paid in one sum:

- in equal shares to the further payees who survive and receive payment; or
- if no further payees survive and receive payment, to the estate of the last to die of all of the beneficiaries who survive the Insured.

**Owner or Owner's Estate.** If no beneficiaries survive the Insured, the proceeds will be paid to the Owner or to the Owner's estate.

**3. MARITAL DEDUCTION** (For spouse of Insured as direct beneficiary)

**Power to Appoint.** The spouse of the Insured will have the power alone and in all events to appoint all amounts payable to the spouse under the policy if:

- the Insured just before his or her death was the Owner; and
- the spouse is a direct beneficiary; and
- the spouse survives the Insured.

**To Whom Spouse Can Appoint.** Under this power, the spouse can appoint:

- to the estate of the spouse; or
- other persons as contingent beneficiaries and further payees.

**Effect of Exercise.** As to amounts appointed, the exercise of this power will:

- revoke any other designation of beneficiaries;
- revoke any election of payment plan as it applies to them; and
- cause any provision to the contrary in Provision 2 to be of no effect.

**4. TRUSTEE AS BENEFICIARY**
If a trustee is named as a beneficiary and no qualified trustee makes claims to the proceeds, or to the present value of any unpaid payments under a payment plan, within one year after payment becomes due to the trustee, or if satisfactory evidence is furnished to the Company within that year showing that no trustee can qualify to receive payment, payment will be made as provided in Provision 2 as though the trustee has not been named.

The Company will be fully discharged of liability for any action taken by the trustee and for all amounts paid to, or at the direction of, the trustee and will have no obligation as to the use of the amounts. In all dealings with the trustee the Company will be fully protected against the claims of every other person. The Company will not be charged with notice of a change of trustee unless written evidence of the change is received at the Home Office.

**5. OWNER'S RIGHT TO CHANGE BENEFICIARIES**
The right to change beneficiaries is reserved to the Owner.

**6. EFFECTIVE DATE**
A naming or changing of a beneficiary will be made on receipt at the Home Office of a written request that is acceptable to the Company. The request will then take effect as of the date it was signed unless otherwise specified by the Owner. The Company is not responsible for any payment or other action taken by it before receipt of the request.

**7. MINIMUM PAYMENT**
The Company may limit the election of a payment plan to one that results in payment of at least $50, unless the policy provides otherwise.

If payments under a payment plan are or become less than $50, the Company may change the frequency of payments. If the payments are being made once every 12 months and are less than $50, the Company may pay the present value or the balance of the payment plan.

**8. DEFERRAL OF PAYMENT**
Proceeds will be paid in accordance with the terms of the policy and this form, except that no payment will be made to a beneficiary, other than the Owner or a trustee until the expiration of the selected number of days after the death of the Insured. If that beneficiary does not survive this period, payment will be made as though the beneficiary had died before the Insured, and Provision 3 (Marital Deduction) will be void as to that beneficiary.

**9. POLICY ENDORSEMENT**
The Company may require that the policy be sent to it for endorsement to show any change.

**10. GENERAL**

- The interest of any beneficiary will be subject to any collateral assignment made either before or after the beneficiary is named.
- So far as allowed by law, no amount payable under this policy will be subject to the claims of creditors of a beneficiary.
- If a payment plan is in effect and the payment is to be made in one sum, the amount to be paid will be the present value or the balance of the payment plan.
- If the terms of this form require the Company to determine questions of fact, decisions made by the Company based on evidence satisfactory to it will be conclusive and will fully protect the Company.
- If this form applies to more than one policy, it applies to the policies as a group and not to each policy individually.
- The Company will be fully discharged of liability for any action taken by this beneficiary and for all amounts paid to, or at the direction of this beneficiary and will have no obligation as to the use of the amounts.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 6 of 7 | FEF&I

SRC Work Manager Upload 05/24/2018T08:55:13



Questions about this form?
CALL 877-394-9524

## Definitions

The following terms are defined as used in this form.

1. **BENEFICIARIES:** includes direct beneficiaries, contingent beneficiaries, and further payees.

2. **CHILDREN, LAWFUL CHILDREN, and ISSUE:** includes biological child(ren) and any legally adopted child(ren).

3. **DESCENDANTS:** means the issue of the named party, per-stirpes.

4. **HEIRS:** means those persons, including the surviving spouse, if any, entitled to receive the property of the descendant under the laws of intestate succession.

5. **INSURED:** means "Annuitant" when the form applies to an annuity contract.

6. **OWNER:** means "Insured" in Provision 2 of the Additional Beneficiary Provisions on this form, when this form is used for a policy owned by a qualified Retirement Trust.

7. **PER STIRPES:** means that Provision 2 of the Additional Beneficiary Provisions on this form, is modified so that, no matter when a designated beneficiary dies, any amount that would have been paid to that beneficiary, if living, will be paid in one sum and in equal shares to the children of that beneficiary who survive and receive payment.

8. **POLICY:** means "contract" when it applies to an annuity contract.

9. **PROBATE:** a court procedure for transferring ownership of someone's assets after he or she dies. If the decedent had a will, the process validates the person's will and distributes property as the will directs.

10. **SURVIVE:** means a beneficiary must survive the Insured and receive payment prior to his or her death.

11. **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:** also referred to on this form as 'company' and it's 'home office' located in Milwaukee, WI.

12. **TRUST AGREEMENT:** includes any modified or substituted agreement.

13. **UTMA/UGMA:** means the Law of the named state that applies to a gift of insurance proceeds to a minor whether it be titled Uniform Transfers to Minors Act or Uniform Gifts to Minors Act. If the Custodian is named for more than one beneficiary the Custodian will act separately for each beneficiary.

14. **WILL:** a legal document by which a person (the testator) expresses his or her wishes as to how their property (the estate) is to be distributed at death.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 720 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202
414.271.1444 | WWW.NORTHWESTERNMUTUAL.COM

90-1197 (1217)
PAGE 7 of 7 | FEF&I