# EXHIBIT 5

To Beneficiary & Title Division Northwestern   Page 2 of 8 2020-10-13 23 42 21 (GMT)   12022045884 From Jenni D Izumi - Biz Markie & Balan

Case 1:22-cv-02588-CKK   Document 1-8   Filed 04/05/22   Page 2 of 5

# Northwestern Mutual

REDACTED

Questions about this form?
CALL 877-394-9524

## Designation of Beneficiaries

21455316

Use with the Northwestern policy only. The policy owner may use this form to name or change beneficiaries of the referenced policy(ies). For more information, see page 5.

POLICY NUMBER(S)

- Owner must name at least one direct beneficiary.
- Owner(s) must sign the form - if more than one owner, all owners are required to sign.
- This form revokes all prior beneficiary designations and all prior payment plan elections for the referenced policy(ies).

Marcel Theo Hall

INSURED NAME (for Joint Life include both insured names)

### Direct Beneficiaries

⚠ If beneficiaries named on a prior beneficiary designation are to be included on this designation, they must be named again on this form.

**Section 1**
Select your designation by checking the boxes below.

[X] Individuals, businesses, or other entities (if selected, provide details in Section 2)
[ ] All children of the insured, including any legally adopted child(ren).
   ○ Per stirpes (optional)
[ ] Living Trust

_____
TRUSTEE
_____
NAME

_____   _____
DATE OF TRUST             DATE AMENDED

[ ] Trust Under the Will of the Insured (may require probate)
[ ] Estate of the Insured (may require probate)

**Direct Beneficiary:** The individual or entity designated by the policy owner to receive the proceeds of a life insurance policy or annuity contract.
**Per Stirpes:** A legal term that controls how the policy's proceeds are paid upon the insured's death. If "per stirpes" is selected and a beneficiary dies before the insured dies, the deceased beneficiary's share will be paid to that beneficiary's surviving children in equal shares.
**Living Trust:** A legal agreement, created while a person is living, by which assets are placed in a trust and then transferred following death according to the trust's terms.
**Trustee:** An institution or individual who manages the trust assets.
**Trust Under the Will of the Insured:** A trust that is contained in a person's will and that takes effect at the person's death (also called a testamentary trust).
**Estate:** All the real and personal property owned by an individual at his or her death.

**Section 2**
Complete this only if the first box in Section 1 is selected.

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY   [ ] Address same as policy owner   [ ] Per stirpes applies to the named individual
J_____ W_____ (20%)                                                              **Nephew**
                                                                                 RELATIONSHIP

_____   _____   _____
STREET ADDRESS                                            SSN / TAXPAYER ID

_____   ___   _____   _____
CITY                        STATE   ZIP CODE                  BIRTHDATE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY   [ ] Address same as policy owner   [ ] Per stirpes applies to the named individual
J_____ R. H_____ (20%)                                                           **Nephew**
M_____ R_____ H_____ (20%)                                                       **Niece**
                                                                                 RELATIONSHIP

_____
STREET ADDRESS

_____   ___   _____   _____
CITY                        STATE   ZIP CODE                  BIRTHDATE

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY   [ ] Address same as policy owner   [ ] Per stirpes applies to the named individual
Jennifer D. Izumi                                                                **Business Partner**
                                                                                 RELATIONSHIP

1905 15th Street, NW, #32
STREET ADDRESS

Washington                  D.C.   20009                  202.631.7908
CITY                        STATE   ZIP CODE                  TELEPHONE

1677KG87QHCX10

90-1197 (12/2)
PAGE 1 of 2 (FRONT)

To Beneficiary & Title Division Northwestern    Page 3 of 8  2020-10-13 23 42 21 (GMT)    12022045884 From Jenni D Izumi - Biz Markie & Balan

Case 1:22-cv-02588-CKK   Document 1-8   Filed 04/05/22   Page 3 of 5

# Northwestern Mutual

Questions about this form?
CALL 877-394-9524

## Contingent Beneficiaries

21455316

POLICY NUMBER(S)

### Section 3

Select your designation by checking the boxes below.

- [ ] Individuals, business(es) or other entities (If selected, provide details in Section 4)
- [ ] All children of the Insured, including any legally adopted child(ren).
  - ( ) Per stirpes (optional)
- [ ] Living Trust

  _____
  
  _____
  
  _____

- [ ] Trust Under the Will of the Insured (may require probate)
- [ ] Estate of the Insured (may require probate)

**Contingent Beneficiary:** Can be named in the event there are no surviving direct beneficiary(ies).
**Per Stirpes:** A legal term that controls how the policy's proceeds are paid upon the Insured's death. If "per stirpes" is selected and a beneficiary dies before the Insured dies, the deceased beneficiary's share will be paid to that beneficiary's surviving children in equal shares.
**Living Trust:** A legal agreement, created while a person's living, by which assets are placed in a trust and then transferred to others at death according to the trust's terms.
**Trustee:** An institution or individual who manages the trust assets.
**Trust Under the Will of the Insured:** A trust that is contained in a person's will and that takes effect at the person's death (also called a testamentary trust).
**Estate:** All the real and personal property owned by an individual at his or her death.

### Section 4

Complete this only if the first box in Section 3 is selected.

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY

_____

RELATIONSHIP

_____

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY

_____

RELATIONSHIP

_____

FULL NAME OF PERSON / BUSINESS / OTHER ENTITY

_____

RELATIONSHIP

_____

1677KG87QHCX1C

Questions about this form?
CALL 877-394-9524

## Trust for Minor Beneficiary Provision (Optional)

21455316

POLICY NUMBER(S)

Any amounts which will become due and payable to, and any right conferred upon a beneficiary prior to attaining 21 years of age will be paid to and be exercised by the trustee. All amounts paid to the trustee will be held and used for the benefit of the minor beneficiary at the discretion of the trustee. If co-trustees are named the consent of both trustees will be required for any action with respect to trust assets. If a trustee or co-trustee dies or resigns, the other will serve as the sole trustee. If the trustee and any co trustee have died or resigned, the successor trustee if any will serve as the sole trustee. The trust created hereunder will terminate with respect to any beneficiary upon the first to occur of the following

- Revocation of this designation of beneficiaries by the owner,
- Attainment of age 21 by that beneficiary,
- Death of that beneficiary

Upon attainment of age 21 by a beneficiary, it will be the responsibility of the trustee to distribute to that beneficiary, all remaining proceeds being held by the trustee for that beneficiary. In the event a minor beneficiary dies while proceeds are still being held by the trustee, any proceeds held by the trustee for the benefit of that individual will be distributed to the deceased beneficiary's estate. In the event a trustee receives any amount of proceeds following the death of a beneficiary, that amount of proceeds will be returned to the Insurance Company so payment can be reissued to the surviving beneficiary(ies) as determined by the Insurance Company's applicable succession of beneficial interest provision.

I choose to name the following as trustee(s) for any and all beneficiaries who are minors at the time payment becomes due.

1677KG87QHCX10



Questions about this form? CALL 877-394-9524

## Owner(s) Signature(s)

21455316

POLICY NUMBER(S)

The undersigned hereby:

- [illegible]
- [illegible] Northwestern Mutual is not responsible for [illegible]
- [illegible]

THE CURRENT OWNER(S) SHOULD SIGN IN THE APPLICABLE SIGNATURE SECTION BELOW.

**Note:** If you are acting on behalf of the owner in a representative capacity (e.g. attorney-in-fact, guardian, conservator etc.) provide your title and [illegible] supporting your authorization [illegible]

## Individual Owner(s)

If more than one owner, all owners are required to sign.

DATE SIGNED (MM/DD/YYYY)

## Entity / Business Owner

10 / 13 / 2020

DATE SIGNED (MM/DD/YYYY)

Balancing Acts Inc

Jennifer Izumi

## Trust Owner

If more than one trustee, all trustees are required to sign.

DATE SIGNED (MM/DD/YYYY)

## Massachusetts Witness Requirement

⚠ Witness signature is only required for policies / contracts issued in the commonwealth of Massachusetts. The witness must be over the age of 18, must not be the insured, annuitant, policy owner or a designated beneficiary; and must observe the owner signing the document

1677KG87QHCX10