# EXHIBIT 6

REDACTED

**CERTIFICATION OF VITAL RECORD**

VIEW PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# STATE OF MARYLAND
**Maryland Department of Health**
**Division of Vital Records**

**Certificate of Death**

*320210309680000*

File Number *32021MD030965*

| 1. Decedent's Name, AKA Name (if any) | 2. Date of Death | 3. Time of Death |
|---|---|---|
| MARCEL HALL / MARCEL THEO HALL | 07/16/2021 | 1825 |

| 4a. Facility Name | 4b. City, Town or Location of Death | 4c. County of Death |
|---|---|---|
| UNIV OF MD MEDICAL CENTER MIDTOWN CAMPUS | BALTIMORE | BALTIMORE CITY |

| 5. Social Security Number | 6. Sex | 7. Age | 8. Date of Birth | 9. Birthplace |
|---|---|---|---|---|
| | M | 57 YR | | NEW YORK |

**Usual Residence of Decedent**

| 10a. State | 10b. County | 10c. City, Town or Location | 10d. Inside City Limits? |
|---|---|---|---|
| MARYLAND | PRINCE GEORGE'S | BOWIE | YES |

| 10e. Address | 10f. Zip Code |
|---|---|
| 11206 CHAMPLAIN CIRCLE | 20720 |

| 11. Marital Status | 12. Ever in U.S. Armed Forces? | 13. Hispanic Origin? | 14. Race |
|---|---|---|---|
| MARRIED | NO | NO | BLACK |

| 15. Decedent's Education | 16a. Decedent's Usual Occupation | 16b. Business/Industry |
|---|---|---|
| HS OR GED | ENTERTAINER | ENTERTAINMENT |

| 17. Father's Name | 18. Mother's Name Prior to First Marriage |
|---|---|
| ROYAL HALL, SR | SYLVIA THOMPSON |

**19. Surviving Spouse's Name** TARA LYNN HALL

| 20a. Informant's Name | 20b. Informant's Relationship | 20c. Informant's Mailing Address |
|---|---|---|
| TARA LYNN HALL | WIFE | 11206 CHAMPLAIN CIRCLE, BOWIE, MARYLAND 20720 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Date of Disposition | 21d. Location |
|---|---|---|---|
| BURIAL | PINELAWN MEMORIAL PARK AND ARBORETUM | 08/02/2021 | 2030 WELLWOOD AVENUE, FARMINGDALE, NEW YORK 11735 |

| 22a. Signature of Funeral Service Licensee | 22b. License No | 22c. Name and Address of Funeral Facility |
|---|---|---|
| LATANYA R DAVIS | M01706 | PRECIOUS MEMORIES FUNERAL HOME, LLC 3447 14TH STREET N.W., WASHINGTON, DC 20010 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (final disease or condition resulting in death | a. | MONTHS |
| Conditions, if any, leading to immediate cause | b. | WEEKS |
| Due to (or as a consequence of): | c. | WEEKS |
| | d. | |

**Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I**

**23b. Did tobacco use contribute to the cause of death?** UNK

| 24a. Was an autopsy performed? | 24b. Were autopsy findings available prior to completion of cause of death? | 25a. Was case referred to medical examiner? | 25b. Medical Examiner Countersignature |
|---|---|---|---|
| NO | NO | NO | |

| 26. Place of Death | 27. Manner of Death | 28a. Date of Injury | 28b. Time of Injury |
|---|---|---|---|
| INPATIENT | NATURAL | | |

| 28c. How injury occurred | 28d. Injury at work? | 28e. Transportation Injury? | 28f. Place of injury |
|---|---|---|---|
| | | | |

**28g. Location of Injury**

| 29a. Certifier Type | 29b. Signature and Title of Certifier | 29c. License No | 29d. Date signed |
|---|---|---|---|
| CERTIFYING PHYSICIAN | DENA TRAN, MD | 7034115 | 07/16/2021 |

| 30a. Name of person who completed cause of death | 30b. Address of person who completed cause of death |
|---|---|
| DENA HOA TRAN | 827 LINDEN AVENUE, BALTIMORE, MARYLAND 21201 |

**For Office Use Only:** DEMOGRAPHIC amendment 07/28/2021 fields 21c;

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. |
|---|---|---|---|
| 07/21/2021 | CRYSTAL D. WEAVER | 07/29/2021 | Registrar's Signature *Crystal D. Weaver* |

4539661

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL
OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


