# EXHIBIT 8


Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202

**DESIGNATION OF BENEFICIARIES BY OWNER FOR DEATH PROCEEDS ONLY**
♦ A separate form is required for each Insured

POLICY NUMBER(S): 21 359 124
INSURED NAME (FOR JOINT LIFE INCLUDE BOTH INSURED NAMES): Marcel Hall

- This revokes all prior beneficiary designations for death proceeds and elections of payment plans for them.
- Please include the address for each designated beneficiary on the *Beneficiary Information* sheet.
- NAMING A DIRECT BENEFICIARY IS REQUIRED.

### DIRECT BENEFICIARIES (Please print)

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| J W (20%) | NEPHEW | |
| J R. H (20%) | NEPHEW | |
| M R. H (20%) | NEICE | |
| JENNIFER D. IZUMI (40%) | BUSINESS PARTNER | |

Check box 1. to include all children of the Insured as direct beneficiaries without naming them, or to add to the direct beneficiaries named.
☐ 1. and all (other) children of the Insured.
Check box 2. to provide for children of a deceased direct beneficiary. Use only if direct beneficiaries are named above and/or box 1. is checked.
☐ 2. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

### TRUST AS DIRECT BENEFICIARY (Please print)   (Select one) - ☐ Revocable  ☐ Irrevocable

NAME OF TRUST: _____   DATED: _____
TRUSTEE(S): _____
PRINT FULL NAMES OF ALL PRIMARY TRUSTEES

### CONTINGENT BENEFICIARIES (Please print)

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| | | |

Check box 3 to include all children of the Insured as contingent beneficiaries without naming them, or to add to the contingent beneficiaries named.
☐ 3. and all (other) children of the Insured.
Check box 4 to provide for children of a deceased contingent beneficiary. Use only if contingent beneficiaries are named and/or box 3 is checked.
☐ 4. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

### FURTHER PAYEE (Please print)

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| | | |

☐ Deferral of Payment – Insert number of days (not to exceed more than 180) _____ This option is defined in Provision 8 of the *Additional Beneficiary Provisions* section of this form.

♦ The undersigned requests and directs the Company to make the provisions of all pages of this form a part of the policy(ies).

### SIGNATURE(S) OF OWNER(S)

**PERSONAL OWNER(S)**
SIGNATURE: [signed]   SIGNATURE: _____   DATE SIGNED (MM/DD/YYYY): 12/5/2015
SIGNATURE: _____   SIGNATURE: _____

**BUSINESS/ENTITY OWNER**
PRINT NAME OF BUSINESS/ENTITY: _____
SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE: _____   DATE SIGNED (MM/DD/YYYY): _____

**TRUST OWNER**
PRINT NAME OF TRUST: _____
SIGNATURE OF AUTHORIZED TRUSTEE(S): _____   SIGNATURE OF AUTHORIZED TRUSTEE(S): _____   DATE SIGNED (MM/DD/YYYY): _____

Witness signature is only required for policies issued in the state of Massachusetts
WITNESS SIGNATURE MAY NOT BE A NAMED BENEFICIARY

WITNESS SIGNATURE: _____   PRINT NAME: _____

90-1197 (0910)

Patricia Hron
f&l