# EXHIBIT 11

# COLBERT LAW FIRM
## Attorneys At Law

Janelle Ryan-Colbert \ jrc@colbertlawfirm.net \ www.colbertlawfirm.net
Admitted in Maryland and the District of Columbia
3060 Mitchellville Rd., Suite 216 Bowie, MD 20716
Office: 301.576.6200  Fax: 202.380.9045

August 4, 2021

**SENT VIA CERTIFIED MAIL AND FAX**

Northwestern Mutual
720 East Wisconsin Avenue
Milwaukie, WI 53202-4797

**RE:**     **Policy # 21455316 – Notice of Dispute Regarding Life Insurance Proceeds**

Dear Sir or Madam,

This firm represents the interests of Mrs. Tara Hall, the surviving spouse of Mr. Marcel Theo Hall. Mr. Marcel Theo Hall is the insured individual under Northwestern Mutual Policy # 21455316 (the "Policy"). Mr. Hall passed away on July 16, 2021.

Please be advised that Mrs. Tara Hall intends to dispute the legal validity of certain changes made to the beneficiary designations of the Policy. Accordingly, were hereby request that Northwestern Mutual stays the distribution of the proceeds of this policy until the dispute is resolved judicially or otherwise.

If you would like to discuss this matter further, please do not hesitate to contact me. Thank you for your assistance.

Very truly,

**COLBERT LAW FIRM, LLC**

Janelle M. Ryan-Colbert, Esq.
3060 Mitchellville Rd., Suite 216
Bowie, MD 20716
(301) 576-6200-Main
(202)380-9045-Fax
jrc@colbertlawfirm.net- Email