UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*,<br><br>Defendants. | Civil Action No. 22-2588 (CKK) |

**ORDER**
(March 27, 2023)

This matter is before the Court on Plaintiff's [10] Motion for Appointments of Guardians *Ad Litem*. Upon consideration thereof, and pursuant to Federal Rule of Procedure 17(c)(2) and the Court's inherent authority, it is hereby

**ORDERED**, that Plaintiff's [10] Motion for Appointments of Guardians *Ad Litem* is **GRANTED**. It is further

**ORDERED**, that the law firm Wilmer Cutler Pickering Hale and Dorr LLP is **APPOINTED** Guardian *Ad Litem* for minor Defendants J.R.H., M.R.H., and J.W. Counsel are directed to enter their appearance as soon as practicable.

**SO ORDERED.**

Date: March 27, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge