UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>Defendants. | Civil Action No. 22-2588 (CKK) |

**[PROPOSED] ORDER GRANTING PARTIAL MOTION TO WITHDRAW AS COUNSEL AND APPOINT ADDITIONAL GUARDIAN(S) *AD LITEM***

The Minor Defendants' June 22, 2023 partial motion to withdraw as counsel and appoint additional Guardian(s) *ad litem* is hereby GRANTED. All deadlines are hereby deferred until a date to be set after appointment of such additional Guardian(s) *ad litem* is made.

Date: _____

                                                                                    _____
                                                                                    COLLEN KOLLAR-KOTELLY
                                                                                    United States District Judge