UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
|---|---|
| Plaintiff, | Civil Action No. 22-2588 (CKK) |
| v. | |
| J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.* | |
| Defendants. | |

### [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' joint statement, it is hereby ordered that the parties comply with the following case schedule:

| Action | Date |
|---|---|
| Initial disclosures | August 18, 2023 |
| Service of initial requests for production and interrogatories | August 18, 2023 |
| Amending pleadings or joining parties | August 25, 2023 |
| Proponent's Rule 26(a)(2)(B) & (C) disclosures due | December 22, 2023 |
| Opponent's Rule 26(a)(2)(B) & (C) disclosures due | January 19, 2024 |
| Reply disclosures due | February 16, 2024 |
| Close of expert discovery | March 1, 2024 |
| Motions for summary judgment | March 29, 2024 |
| Responses to motions for summary judgment | April 26, 2024 |
| Replies in support of motions for summary judgment | May 17, 2024 |

Dated: _____, 2023

                                                                                          _____
COLLEEN KOLLAR-KOTELLY
United States District Judge