UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>         Defendants. | Civil Action No. 22-2588 (CKK) |

## JOINT DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's instructions during the August 4, 2023, initial scheduling conference, guardian *ad litem* for Minor Defendants J.R.H., M.R.H., and J.W. a/k/a J.R.H. and counsel for Cross-Defendant Jennifer Izumi, the active litigants in the above-captioned matter (hereinafter "the parties"), respectfully submit the following Joint Discovery Plan.

### I.     Fact Discovery

The parties agree that fact discovery will close by December 1, 2023. The parties served their initial written discovery requests on August 25, 2023. All written discovery requests must be served by October 2, 2023. Documents and other materials produced in response to written discovery requests shall occur on a rolling basis, with document production to be substantially complete by November 1, 2023.

The parties agree that the presumptive limit of 10 depositions under Federal Rule of Civil Procedure 26(b)(2) shall apply, exclusive of expert depositions. Depositions of fact witnesses will be conducted between November 3, 2023 and December 1, 2023.

The parties further agree that all non-party discovery requests, if any, shall be served by October 2, 2023.

## II. Expert Discovery

The parties agree that expert discovery shall close on March 1, 2024. The parties agree that the proponent's Rule 26(a)(2)(B) & (C) disclosures shall be due on or before December 22, 2023, and that the opponent's Rule 26(a)(2)(B) & (C) disclosures shall be due on or before January 19, 2024. Replies shall be due on or before February 16, 2024. The parties will plan to conduct expert depositions the week of February 26, 2024.

## III. ESI Protocol

Concurrent with this draft discovery plan, the parties are submitting a proposed ESI protocol to govern the production of electronically stored information in this matter for the Court's approval.

## IV. Stipulated Protective Order

Concurrent with this draft discovery plan, the parties are submitting a proposed stipulated protective order for the Court's approval.

Dated: September 1, 2023         Respectfully submitted,

                                 By: */s/ Matthew M. Girgenti*
                                     Matthew M. Girgenti [Bar #1033735]
                                     WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Matthew.Girgenti@wilmerhale.com

*Guardian Ad Litem for Defendants J.R.H., M.R.H., and J.W. a/k/a J.R.H.*

/s/ William R. Martin
William R. Martin [Bar #465531]
Erin C. Steele [Bar #1656360]
BARNES & THORNBURG LLP
555 12th Street NW, Suite 1200
Washington, DC 20004
Telephone: (202) 289-1313
Facsimile: (202) 289-1330
billy.martin@btlaw.com

*Attorney for Cross-Defendant Jennifer D. Izumi*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated:  September 1, 2023           By:   */s/ Matthew M. Girgenti*

                                                            */s/ William R. Martin*