UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>        Defendants. | Civil Action No. 22-2588 (CKK) |

**JOINT MOTION TO AMEND JOINT DISCOVERY PLAN**

J.R.H. and M.R.H., by and through their counsel and guardian *ad litem*; Jeremiah Watson; and Jennifer Izumi hereby move the Court to amend the case schedule reflected in the proposed scheduling order appended to the parties' meet-and-confer statement (Dkt. 37) and the joint discovery plan (Dkt. 41) to allow the parties additional time to complete discovery. The parties state the following in support of this motion:

1.      The Court held an initial scheduling conference on August 4, 2023, at which the Court adopted the following deadlines for this matter:

| Action | Date |
|---|---|
| Proponent's Rule 26(a)(2)(B) & (C) disclosures due | December 22, 2023 |
| Opponent's Rule 26(a)(2)(B) & (C) disclosures due | January 19, 2024 |
| Reply disclosures due | February 16, 2024 |
| Close of all discovery | March 1, 2024 |

2. The parties have exchanged discovery requests and responses, but they have not yet completed discovery despite their diligent efforts.

3. Furthermore, Mr. Watson's retention of separate counsel upon reaching the age of majority has necessitated additional coordination between guardian *ad litem* for M.R.H. and J.R.H. and Mr. Watson's counsel as part of the transfer of representation.

4. The parties therefore submit that there is good cause to extend the current discovery schedule in order to facilitate the parties' exchange of discovery and the expeditious resolution of this litigation.

5. The parties respectfully request that the Court extend the discovery schedule as set out in the proposed amended joint discovery plan attached to this motion.

6. The parties additionally respectfully request that the Court enter their stipulated protective order (Dkt. 43) to facilitate the free exchange of information during discovery.

7. No other deadlines in this case are affected by the extensions requested in this motion.

8. The parties submit this motion in good faith and not for purposes of delay.

9. The parties have conferred about this motion and agree on the extensions requested herein.

10. A proposed order amending the joint discovery plan is attached to this motion.

Dated:  October 27, 2023                                     Respectfully submitted,

                                                                By:   */s/ Matthew M. Girgenti*
                                                                        Matthew M. Girgenti [Bar #1033735]
                                                                         WILMER CUTLER PICKERING
                                                                         HALE AND DORR LLP
                                                                         2100 Pennsylvania Avenue NW
                                                                         Washington, DC 20037
                                                                         Telephone: (202) 663-6000
                                                                         Facsimile: (202) 663-6363
                                                                         Matthew.Girgenti@wilmerhale.com

*Counsel and Guardian Ad Litem for Defendants J.R.H. and M.R.H.*

*/s/ William R. Martin*
William R. Martin [Bar #465531]
Erin C. Steele [Bar #1656360]
BARNES & THORNBURG LLP
555 12th Street NW, Suite 1200
Washington, DC 20004
Telephone: (202) 289-1313
Facsimile: (202) 289-1330
billy.martin@btlaw.com

*/s/ Dayna Cooper*
Dayna Cooper [Bar #1033851]
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
Telephone: (202) 642-5470
dayna@cooperlegalsolutions.com

*Attorneys for Cross-Defendant Jennifer D. Izumi*

*/s/ Michael S. Nadel*
Michael S. Nadel [Bar #470144]
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
mnadel@mwe.com

*Attorney for Defendant and Cross-Claim Plaintiff Jeremiah Watson*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated:  October 27, 2023　　　　　　　　　By:  */s/ Matthew M. Girgenti*