## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*,<br><br>          Defendants. | Civil Action No. 22-2588 (CKK) |

## ORDER
(March 14, 2024)

The Court is in receipt of the [58] Opposed Motion to Amend Joint Discovery Plan. Therein, the Defendants, Mr. Hall's Family, requests additional time to complete depositions, as well as review the records recently produced by Ms. Izumi.  ECF No. 58 at 3–4.  Although Defendant Izumi opposes this motion, *see id.* at 5–6, the Court concludes that additional time is necessary to ensure the parties can complete document review and depositions in this case.  As such, the Court shall **GRANT** the [58] Opposed Motion to Amend Joint Discovery Plan.

It is hereby **ORDERED** that the parties shall adhere to the following schedule:

(a)     **Depositions** shall be completed on or before **May 27, 2024**, absent agreement of counsel.

(b)     **Fact Discovery** shall be completed on or before **April 26, 2024**.

(c)     **Proponent's Rule 26(a)(2)(B) & (C) Disclosures** shall be due on or before **May 17, 2024**; with the **Opponent's Rule 26(a)(2)(B) & (C) Disclosures** due on or before **June 7, 2024**; and **replies**, if any, due on or before **June 28, 2024**.

(e)     **Expert discovery** shall be completed on or before **July 19, 2024**.

(h)     The Court shall set a briefing schedule for motions for summary judgment after the post-discovery status conference.

(i)     The **Post-Discovery Status Hearing** currently set for May 31, 2024 is **RESCHEDULED** to **August 12, 2024 at 10:00 a.m. ET**, via Zoom.

Additional dates will be set as necessary.  The dates identified above are firm; the Court has endeavored to give the parties the schedule that they have requested and expects that they will adhere to that schedule.

**SO ORDERED.**

Date:   March 14, 2024                             _/s/_____
                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

1