UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Plaintiff,

vs.

J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*

    Defendants.

Case No.: 1:22-cv-02588-CKK

## **RESPONSE TO JOINT MOTION TO DISBURSE INTERPLEADED FUNDS**

Proposed Intervenor Lewis Brisbois Bisgard & Smith LLP ("LBBS") hereby responds to the Joint Motion to Disburse Interpleaded Funds to M.R.H. (Docket No. 118). LBBS does not object to the motion other than to the extent it seeks to disburse funds that are subject to the Notice of Lien it has filed. LBBS' motion to intervene (Dkt. No. 110), is sub judice. Counsel for the movants has advised of their position that no funds subject to the lien would be disbursed were their motion granted based on their representation that the Court has ruled that Ms. Izumi is not entitled to those funds.

Dated:  April 13, 2026

    Respectfully submitted,

                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                    /s/ Jane C. Luxton_____
                    Jane C. Luxton
                    DC Bar No. 243964
                    2112 Pennsylvania Avenue NW, Suite 500
                    Washington DC 20037
                    203.558.0655
                    Jane.luxton@lewisbrisbois.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 13, 2026, I caused a true and correct copy of the forgoing to be electronically filed and served on all counsel of record through the Court's CM/ECF system.

<u>*/s/ Jane C. Luxton*</u>
Jane C. Luxton
DC Bar No. 243964
Jane.Luxton@lewisbrisbois.com
Attorneys for LEWIS BRISBOIS BISGAARD & SMITH LLP
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC  20037
202-558.0655

174890788.1