**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>            Defendants. | Civil Action No. 22-2588 (CKK) |

## [PROPOSED] ORDER GRANTING IN PART MINOR CLAIMANTS' JOINT MOTION FOR PARTIAL DISBURSEMENT OF INTERPLEADED FUNDS

Upon consideration of the Minor Claimants' Joint Motion for Partial Disbursement of Interpleaded Funds (Dkt. 118), Defendant Jennifer Izumi's Opposition thereto, any Reply, the full record in this case, and the applicable law, it is hereby:

**ORDERED** that the Minor Claimants' Joint Motion for Partial Disbursement of Interpleaded Funds (Dkt. 118) is **GRANTED IN PART** and **DENIED IN PART**;

*and it is further*

**ORDERED** that M.R.H. shall receive twenty percent (20%) of the proceeds of Policy A, to be disbursed from the funds currently held in the Court's registry within fourteen (14) days of this Order;

*and it is further*

**ORDERED** that Jennifer Izumi shall receive forty percent (40%) of the proceeds of Policy A, to be disbursed from the funds currently held in the Court's registry within fourteen (14) days of this Order;

*and it is further*

**ORDERED** that Defendant Jennifer Izumi's request for attorneys' fees and costs pursuant to 28 U.S.C. § 1927 is GRANTED, and counsel for the Minor Claimants shall personally pay the excess costs, expenses, and attorneys' fees reasonably incurred by Defendant as a result of the unreasonable and vexatious multiplication of proceedings, in an amount to be determined upon submission of a fee petition within fourteen (14) days of this Order;

**SO ORDERED.**

Dated: _____          _____
                                        U.S. District Judge Collen Kollar-Kotelly
                                        U.S. District Court for the District of Columbia