UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>        Defendants. | Civil Action No. 22-2588 (CKK) |

## [PROPOSED] ORDER DENYING MINOR CLAIMANTS' JOINT MOTION FOR PARTIAL DISBURSEMENT OF INTERPLEADED FUNDS

Upon consideration of the Minor Claimants' Joint Motion for Partial Disbursement of Interpleaded Funds (Dkt. 118), Defendant Jennifer Izumi's Opposition thereto, any Reply, the full record in this case, and the applicable law, it is hereby:

**ORDERED** that the Minor Claimants' Joint Motion for Partial Disbursement of Interpleaded Funds (Dkt. 118) is **DENIED**;

*and it is further*

**ORDERED** that no further distribution of Policy A proceeds shall be made pending the Court's resolution of the fully briefed cross-motions for summary judgment;

*and it is further*

**ORDERED** that the Court shall determine the allocation of all remaining interpleaded funds upon resolution of the pending cross-motions for summary judgment;

*and it is further*

**ORDERED** that Defendant Jennifer Izumi's request for attorneys' fees and costs pursuant to 28 U.S.C. § 1927 is **GRANTED**, and counsel for the Minor Claimants shall personally pay the excess costs, expenses, and attorneys' fees reasonably incurred by Defendant as a result of the unreasonable and vexatious multiplication of proceedings, in an amount to be determined upon submission of a fee petition within fourteen (14) days of this Order.

        **SO ORDERED.**

Dated: _____

                                              _____
U.S. District Judge Collen Kollar-Kotelly
U.S. District Court for the District of Columbia