**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, |
| Plaintiff, |
| v. |
| J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.* |
| Defendants. |

Civil Action No. 22-2588 (CKK)

**NOTICE OF WITHDRAWAL OF MORGAN A MILLER**

Pursuant to Local Civil Rule 83.6(b), Morgan A. Miller hereby withdraws her appearance as *Guardian Ad litem* for J.R.H. in the above-captioned case.  Corrine A. Irish and Mary Maloney, who have previously entered appearances, will continue serving as *Guardian Ad Litem* for J.R.H.

Dated: April 30, 2026

Respectfully submitted,

*/s/ Morgan A. Miller*
Morgan A. Miller (D.C. Bar No. 1047207)
**SQUIRE PATTON BOGGS (US) LLP**
2550 M. Street, NW
Washington, DC 20037
Telephone: (202) 457-6059
Facsimile: (202) 457-6315
morgan.miller@squirepb.com

*Guardian Ad Litem for Defendant*
*J.R.H.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.


Dated: April 30, 2026                                   */s/ Morgan A. Miller*