**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>      Defendants. | Civil Action No. 22-2588 (CKK) |

**NOTICE OF WITHDRAWAL OF SAMUEL MCHALE AS COUNSEL**

Pursuant to Local Civil Rule 83.6(b), Samuel McHale hereby withdraws his appearance as counsel for M.R.H. in the above-captioned case.  Molly Jennings and Todd Zubler, who have previously entered appearances, will continue serving as counsel for M.R.H.

Dated:  June 25, 2026

Respectfully submitted,

By:     */s/ Samuel McHale*
      Samuel McHale (D.C. Bar No. 1724920)
      WILMER CUTLER PICKERING
        HALE AND DORR LLP
      2100 Pennsylvania Avenue NW
      Washington, DC 20037
      Telephone: (202) 663-6000
      Facsimile: (202) 663-6363
      Sam.McHale@wilmerhale.com

      *Guardian Ad Litem and Counsel for*
      *Defendant M.R.H.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated:  June 25, 2026                    By:    */s/ Samuel J. McHale*