AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Northwestern Mutual Life Insurance Co.<br>*Plaintiff*<br>v.<br>Hall, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:22-cv-02588-CKK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M.R.H. as Guardian Ad Litem .

Date: 09/23/2026

/s/ Kimberly Chen
*Attorney's signature*

Kimberly Chen (D.C. Bar No. 90020118)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

Kimberly.Chen@wilmerhale.com
*E-mail address*

(212) 295-6781
*Telephone number*

(212) 230-8888
*FAX number*