**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>J.R.H., *ex rel.* MALEEQUA C. HALL, *et al.*<br><br>Defendants. | Civil Action No. 22-2588 (CKK) |

**<u>NOTICE OF WITHDRAWAL OF TODD C. ZUBLER AS COUNSEL</u>**

Pursuant to Local Civil Rule 83.6(b), Todd C. Zubler hereby withdraws his appearance as counsel for M.R.H. in the above-captioned case. Molly Jennings and Kimberly Chen, who have previously entered appearances, will continue serving as counsel for M.R.H.

Dated: September 25, 2026

Respectfully submitted,

By: */s/ Todd C. Zubler*

Todd C. Zubler (D.C. Bar No. 459216)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Todd.Zubler@wilmerhale.com

*Guardian Ad Litem and Counsel for Defendant M.R.H.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: September 25, 2026 By: */s/ Todd C. Zubler*